# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEITH A. BRAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-03572 |
| | ) |
| COMCAST CORPORATION | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant, Comcast Corporation, by and through its undersigned counsel, Fisher & Phillips LLP, makes the following disclosures:

1. Comcast Corporation represents that it is a publicly traded corporation with no parent company.

2. There are no publicly-held corporations that directly own 10% or more of the stock of Comcast Corporation.

Dated: May 17, 2017

Respectfully submitted,

By: s/ Jessica D. Causgrove
Steve A. Miller
Jessica D. Causgrove
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
312) 346-3179 Facsimile
smiller@fisherphillips.com
jcausgrove@fisherphillips.com

FPDOCS 32860387.1

2

        Firm No.: 41344

        *Attorneys for Defendant*
        Comcast Corporation

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP certifies on May 17, 2017, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Meghan White
>SLAVIN & SLAVIN LLC
>100 North LaSalle Street, 25th Floor
>Chicago, Illinois 60602
>Email: mwhite@slavinleagal.com
>*Attorney for Plaintiff*

and via U.S. Certified Mail.

Dated: May 17, 2017

Respectfully submitted,

By: s/ Jessica D. Causgrove
Steve A. Miller
Jessica D. Causgrove
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
312) 346-3179 Facsimile
smiller@fisherphillips.com
jcausgrove@fisherphillips.com
Firm No.: 41344

*Attorneys for Defendant*
Comcast Corporation